**Order entered September 29, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00503-CV**

**KATHERINE SMITH, Appellant**

**V.**

**BARBARA ROBINSON, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01767-E**

**ORDER**

Appellant's brief is overdue. Accordingly, we **ORDER** appellant to file her brief **no later than October 10, 2022**.

We note appellee has filed a motion to dismiss the appeal based on appellant's failure to file her brief. We caution appellant that failure to file her brief by October 10 will result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/     KEN MOLBERG
JUSTICE